IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CARLO MORETTI,** § § | |
| Petitioner, § § | |
| v. § | Civil Action No. **3:23-CV-0586-L** |
| § | |
| **GIGLIANNE CAROLLINNE** § | |
| **SEVERINO BRAGA,** § § | |
| Respondent. § | |

## JUDGMENT

The court issues this judgment pursuant to its Memorandum Opinion and Order of May 22, 2023, in which the court granted Petitioner Carlo Moretti's ("Petitioner") Verified Complaint and Petition for Return of Child and ordered Respondent Giglianne Carollinne Severino Braga ("Respondent") to immediately return and surrender A.M. to Petitioner at the conclusion of the conference held on May 22, 2023. It is therefore **ordered, adjudged, and decreed** that Respondent **shall return** forthwith A.M. to the custody of her father, Petitioner Carlo Moretti, so that he may return her to Italy; that all allowable and reasonable costs of court are taxed against Respondent; and that the matter of attorney's fees and related expenses to be awarded to Petitioner under 22 U.S.C. § 9007(b)(3) will be decided postjudgment pursuant to Federal Rule of Civil Procedure 54(d)(2); that the clerk of court **shall release** A.M.'s travel documents to Petitioner; and that the clerk of court **shall release** Respondent's travel documents to her.

**Signed** this 22nd day of May, 2023.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**